UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TIMOTHY NOLL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00493-JAW |
| | ) | |
| FLOWERS FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed May 4, 2018 (ECF No. 165), the Recommended Decision is accepted.

Accordingly, due to failure to comply with the Order to Show Cause (ECF No. 162), it is hereby ORDERED that the claims of Plaintiffs David Adams, Rodney Belanger, Kenneth Connor, James Dee, Daryle Degen, Kevin Hatch, Matthew Lorenz, Michael Moloney, and Joel Scott are DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2018