# United States Court of Appeals
## For the First Circuit

_____

No. 20-1864

TIMOTHY NOLL, Individually and on behalf of all similarly situated individuals,

Plaintiff - Appellant,

v.

FLOWERS FOODS, INC.; LEPAGE BAKERIES PARK STREET LLC; CK SALES CO., LLC,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: September 18, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Charles E. Schaffer, Shawn J. Wanta, Scott A. Moriarity, Christopher D. Jozwiak, David M. Cialkowski, Susan E. Ellingstad, Rachel A. Kitze Collins, Brian D. Clark, John Gordon Rudd Jr., Amy P. Dieterich, Frederick B. Finberg, Peter Bennett, Kevin P. Hishta, Margaret Santen Hanrahan, C. Garner Sanford Jr., A. Craig Cleland