# United States Court of Appeals
## For the First Circuit

No. 20-1864

TIMOTHY NOLL, Individually and on behalf of all similarly situated individuals,

Plaintiff - Appellant,

v.

FLOWERS FOODS, INC.; LEPAGE BAKERIES PARK STREET LLC; CK SALES CO., LLC,

Defendants - Appellees.

**MANDATE**

Entered: September 18, 2020

In accordance with the judgment of September 18, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Peter Bennett, David M. Cialkowski, Brian D. Clark, A. Craig Cleland, Amy P. Dieterich, Susan E. Ellingstad, Frederick B. Finberg, Margaret Santen Hanrahan, Kevin P. Hishta, Christopher D. Jozwiak, Rachel A. Kitze Collins, Scott A. Moriarity, John Gordon Rudd Jr., C. Garner Sanford Jr., Charles E. Schaffer, Shawn J. Wanta