UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TIMOTHY NOLL, individually and, on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> FLOWERS FOODS INC, LEPAGE BAKERIES PARK STREET, LLC., and CK SALES CO., LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 1:15-cv-00493-LEW |

## **FINAL JUDGMENT**

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. This Final Judgment incorporates by reference the definitions in the Class Action Settlement and Release dated October 21, 2021 ("Settlement Agreement"), and all terms used herein shall have the same meanings as set forth in the Settlement Agreement. The terms of the Settlement Agreement are fully incorporated in this Final Judgment as if set forth fully herein.

2. The Court has jurisdiction over the subject matter of this Action and all Parties to the Action, including all Settlement Class Members.

3. For the reasons set forth in the Corrected Order Granting Joint Motion for Final Approval of Proposed Class Action Settlement and Motion for Attorney's Fees,

Expenses and Service Awards ("Order Approving Class Action Settlement"), the Settlement of this Action on the terms set forth in the Settlement Agreement, along with the Exhibits thereto, proposed by the Parties has been approved by this Court.

4. Pursuant to Federal Rule of Civil Procedure 23(c)(3), all Settlement Class Members who have not timely and validly filed Requests for Exclusion are thus Settlement Class Members who are bound by this Final Judgment, by the Order Approving Class Action Settlement, and by the terms of the Settlement Agreement.

5. The Court hereby dismisses with prejudice the Action and all Released Claims against each and all Released Parties and without costs to any of the Parties as against the others.

6. Without affecting the finality of this Final Judgment, the Court reserves jurisdiction over the implementation, administration, and enforcement of this Final Judgment and the Agreement, and all matters ancillary thereto.

7. The Court, finding that no reason exists for delay, hereby directs the Clerk to enter this Final Judgment forthwith.

**SO ORDERED.**

Dated this 1st day of June, 2022.

    /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE